**Order entered September 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00728-CV**

**IN RE JAY SANDON COOPER, Relator**

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**

**ORDER**

Before Justices Whitehill, Pedersen, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's amended petition for writ of mandamus.

/s/    BILL PEDERSEN, III
       JUSTICE